UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARR INDEMNITY & LIABILITY COMPANY,

        Plaintiff,

-against-

STEAM LOGISTICS, LLC,

        Defendant.

STEAM LOGISTICS, LLC,

        Third-Party Plaintiff,

-against-

M/V ONE APUS *in rem*, CHIDORI SHIP HOLDING LLC, JESSICA SHIP HOLDING S.A., NYK SHIPMANAGEMENT PTE LTD., OCEAN NETWORK EXPRESS PTE LTD., and HMM CO., LTD. f/k/a HYUNDAI MERCHANT MARINE CO., LTD.,

        Third-Party Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_3/22/2022\_

22 Civ. 2118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court intends to proceed under a master scheduling order for the cases stemming from the losses on the M/V ONE APUS. However, this will occur once the Defendants in each case are given an opportunity to appear and motions for default, if appropriate, are filed. By **thirty (30) days after the execution of a waiver of service or thirty (30) days after service is completed, whichever is sooner**, the parties in this case shall file a joint letter containing: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) a brief description of any contemplated motions, (3) a statement informing the Court if a jury trial is being requested and the anticipated length of any trial, and (4) a statement informing the Court the prospect for settlement, including which form of alternative dispute resolution the parties which to engage in and when. The parties need not file a case management plan until further order by the Court.

        SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge